**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Nevada__
                              (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

NuVeda, LLC, a Nevada limited liability company

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 6 _ 5 4 0 6 0 9 8

**4. Debtor's address**

Principal place of business

PO Box 6255
Number    Street

_____

Pahrump          NV    89041
City             State  ZIP Code

Nye
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City             State  ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

_____

City             State  ZIP Code

**5. Debtor's website** (URL)

| Debtor | NuVeda, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  5  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

            District _____ When _____ Case number _____
                                                 MM / DD / YYYY

Debtor _____ NuVeda, LLC _____    Case number (if known) _____
         Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.   Debtor _____   Relationship _____<br>        District _____   When _____<br>                                                    MM / DD / YYYY<br>        Case number, if known _____ |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** *(Check all that apply.)*

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                            Number       Street

                         _____
                         City                            State ZIP Code

      **Is the property insured?**

      ☐ No

      ☐ Yes. Insurance agency _____

               Contact name   _____

               Phone           _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

Debtor    **NuVeda, LLC**

Name                                              Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/11/2022
MM / DD / YYYY

✗ /s/ Pejman Bady                                     Pejman Bady
Signature of authorized representative of debtor        Printed name

Title    Manager

**18. Signature of attorney**

✗ /s/ Mitchell Stipp                         Date    04/11/2022
Signature of attorney for debtor                     MM / DD / YYYY

Mitchell Stipp
Printed name
Law Office of Mitchell Stipp, P.C.
Firm name
1180 N. Town Center Drive, Suite 100
Number        Street
Las Vegas                              NV            89144
City                                   State         ZIP Code

702-602-1242                           mstipp@stippaw.com
Contact phone                          Email address

7531                                   Nevada
Bar number                             State

# APPENDIX TO PETITION
# EXHIBIT 1
# (AUTHORIZING
# RESOLUTION)

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE MANAGING MEMBERS OF**
**NUVEDA, LLC**

The undersigned, constituting the sole members and managers (collectively, the "Managing Members") of NuVeda, LLC, a Nevada limited liability company (the "Company"), hereby adopt the following resolutions by unanimous written consent pursuant to the limited liability company agreement of the Company and the applicable laws of Nevada:

WHEREAS, the Managing Members have considered the liabilities and liquidity situation of the Company, the available strategic alternatives, and the effect of the foregoing on the Company's business, creditors, stakeholders, and other parties in interest;

WHEREAS, the Managing Members have been presented with a proposed petition and related documents to be filed by the Company in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as a debtor in possession; and

WHEREAS, the Managing Members, having considered the financial and operational aspects of the Company's business and the best course of action to maximize value in light of the current facts and circumstances, having received financial and other input, having had the opportunity to review and consider the same, and having considered various alternatives, have determined in the exercise of their respective business judgment that given the current facts and circumstances confronting the Company it is advisable and in the best interests of the Company, its creditors, stakeholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of subchapter V of chapter 11 of the Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Managing Members it is desirable and in the best interests of the Company, its creditors, stakeholders, and other interested parties that a voluntary petition be filed by the Company seeking relief under the provisions of subchapter V of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby;

RESOLVED FURTHER, that Pejman Bady (the "Authorized Person") be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of the Company under subchapter V of chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Person shall determine;

RESOLVED FURTHER, that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in connection with the petition, to employ and retain all assistance by legal counsel, accountants or other professionals,

1

and to take any and all action which they deem necessary and proper to maintain the ordinary course operation of the Company's business during the pendency of the chapter 11 case, including any and all action necessary or proper in connection with obtaining Bankruptcy Court authorization to use cash collateral and obtain post-petition financing ("DIP Financing"), seeking the relief contemplated by "first day" and/or "second day" motions, and filing a chapter 11 plan;

**RESOLVED FURTHER**, that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain and employ professionals to render services to such Company in connection with the chapter 11 case, including, without limitation, the Law Office of Mitchell Stipp, P.C. and the Law Office of Nathan A. Schultz, P.C., to act as co-counsel;

**RESOLVED FURTHER**, that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions;

**RESOLVED FURTHER**, that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings to effectuate the purpose and intent of any and all of the foregoing resolutions;

**RESOLVED FURTHER**, that all acts lawfully done or actions lawfully taken by the Authorized Person to seek relief on behalf of the Company under the Bankruptcy Code, or in connection with the Company's bankruptcy case, or any matter related thereto, in connection with the Company's ordinary course operations be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Managing Members for their prior approval; and

**RESOLVED FURTHER**, that the Authorized Person be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses as in their judgment shall be necessary, appropriate, or advisable in the good faith judgment of the Authorized Person to effectuate the purpose and intent of any and all of the foregoing resolutions.

This **ACTION BY WRITTEN CONSENT** shall be filed with the minutes of the proceedings of the Managing Members of the Company.  The undersigned have executed this **ACTION BY WRITTEN CONSENT** as of the date set forth opposite their name below.

2

Any copy, facsimile, .PDF or other reliable reproduction of this **ACTION BY WRITTEN CONSENT** may be substituted or used in lieu of the original writing for any and all purposes for which the original writing could be used, provided that such copy, facsimile, .PDF or other reproduction be a complete reproduction of the entire original writing.

DocuSigned by:

*pejman Bady*

7BDC9AE7057D464...

_____          4/11/2022

PEJMAN BADY                                         _____

                                                    Date

DocuSigned by:

*Pouya Mohajer*

3723BF7DA59A4BF...

_____          4/11/2022

POUYA MOHAJER                                       _____

                                                    Date

DocuSigned by:

*Joseph kennedy*

6B4B625D42B849D...

_____          4/11/2022

JOSEPH KENNEDY                                      _____

                                                    Date

# APPENDIX TO PETITION
# EXHIBIT 2
# (DEBTOR'S TAX RETURN)

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning 01/01 , 2021, ending 12/31 , 20 21

**2021**

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

**A** Principal business activity
Holding Company

**B** Principal product or service
Investments

**C** Business code number
525990

Type or Print

Name of partnership
NuVeda LLC

Number, street, and room or suite no. If a P.O. box, see instructions.
PO BOX 6255

City or town, state or province, country, and ZIP or foreign postal code
Pahrump                    NV          89041

**D** Employer identification number
46-5406098

**E** Date business started
04/14/2014

**F** Total assets (see instructions)
$                0

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---|---:|
| **Income** | **1a** | Gross receipts or sales | **1a** | 550 | |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | | **1c** | 550 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | | **2** | |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | | **3** | 550 |
| | **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . | | **4** | 0 |
| | **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . | | **5** | 0 |
| | **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . | | **6** | |
| | **7** | Other income (loss) (attach statement) . . . . . . . . . . . . . . . | | **7** | 0 |
| | **8** | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . | | **8** | 550 |
| **Deductions** (see instructions for limitations) | **9** | Salaries and wages (other than to partners) (less employment credits) . . . . . . | | **9** | |
| | **10** | Guaranteed payments to partners . . . . . . . . . . . . . . . . . | | **10** | 0 |
| | **11** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | | **11** | 0 |
| | **12** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | | **12** | |
| | **13** | Rent . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | |
| | **14** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . | | **14** | 550 |
| | **15** | Interest (see instructions) . . . . . . . . . . . . . . . . . . | | **15** | |
| | **16a** | Depreciation (if required, attach Form 4562) . . . | **16a** | 0 | |
| | **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 0 |
| | **17** | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . | | **17** | |
| | **18** | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** | Employee benefit programs . . . . . . . . . . . . . . . . . . | | **19** | |
| | **20** | Other deductions (attach statement) . . . . . . . . . . . . . . . | | **20** | 0 |
| | **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . | | **21** | 550 |
| | **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . | | **22** | 0 |
| **Tax and Payment** | **23** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . | | **23** | |
| | **24** | Interest due under the look-back method—income forecast method (attach Form 8866) . . | | **24** | |
| | **25** | BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . | | **25** | |
| | **26** | Other taxes (see instructions) . . . . . . . . . . . . . . . . . | | **26** | |
| | **27** | **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . | | **27** | 0 |
| | **28** | Payment (see instructions) . . . . . . . . . . . . . . . . . . | | **28** | |
| | **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . | | **29** | 0 |
| | **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . | | **30** | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member

Date  04/02/2022

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Joseph Kennedy | | | | P01328805 |

Firm's name ▶ Pro Advice LLC

Firm's address ▶ 11166 Villa Bellagio Dr     Las Vegas     NV     89141

Firm's EIN ▶

Phone no. (310)753-5770

For Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 11390Z

Form **1065** (2021)

Form 1065 (2021)                                                                                                                    Page **2**

| **Schedule B** | **Other Information** |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership      **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company      **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership      **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | ✗ |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership  . . . . . . . . . . . . | ✗ | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below  . . . . . . . . . . . . . . . . . | | ✗ |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below  . .  | | ✗ |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3  . . . . . . . . . | ✗ | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)?  . . . . . . . . | | ✗ |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | ✗ |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction?  . . . . . . . . . . . . . . . . . | | ✗ |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | ✗ |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions  . . . . . . | | ✗ |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election?  . . . | | ✗ |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions  . . . . | | ✗ |

Form 1065 (2021)                                                                                                                     Page **3**

| **Schedule B** | **Other Information** (continued) | **Yes** | **No** |
|---|---|---|---|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | ✗ |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | ✗ |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership . . . ▶ | | ✗ |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **16a** | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . | | ✗ |
| **b** | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . | | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 . . . . . . . . ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . | | ✗ |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | ✗ |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . | | ✗ |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . | | ✗ |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . | | ✗ |
| **24** | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . | | ✗ |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . | | ✗ |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . ▶ $ 0 | | |
| **26** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| **27** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . | | ✗ |
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                                                     By Vote              By Value | ✗ | ✗ |
| **29** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | ✗ |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶  Pejman Bady

| U.S. address of PR | PO Box 6255 Pahrump   NV   89041 | U.S. phone number of PR | (310)863-4488 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual | ▶ | U.S. phone number of designated individual | ▶ |
|---|---|---|---|

Form **1065** (2021)

Form 1065 (2021)                                                                                                Page **4**

| | | Schedule K | Partners' Distributive Share Items | | | | Total amount |
|---|---|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | | | | **1** | 0 |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | | | **2** | 0 |
| | **3a** | Other gross rental income (loss) | **3a** | | | | |
| | **b** | Expenses from other rental activities (attach statement) | **3b** | 0 | | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | | | **3c** | 0 |
| | **4** | Guaranteed payments: **a** Services **4a** | | **b** Capital **4b** | | | |
| | | **c** Total. Add lines 4a and 4b | | | | **4c** | 0 |
| | **5** | Interest income | | | | **5** | |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | | | | **6a** | |
| | | **b** Qualified dividends **6b** | | **c** Dividend equivalents **6c** | | | |
| | **7** | Royalties | | | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | | | **8** | 0 |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | | | **9a** | 0 |
| | | **b** Collectibles (28%) gain (loss) | **9b** | | | | |
| | | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | 0 | | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | | | **10** | 0 |
| | **11** | Other income (loss) (see instructions)   Type ▶ | | | | **11** | 0 |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | | | | **12** | 0 |
| | **13a** | Contributions | | | | **13a** | 0 |
| | **b** | Investment interest expense | | | | **13b** | |
| | **c** | Section 59(e)(2) expenditures:   **(1)** Type ▶ | | **(2)** Amount ▶ | | **13c(2)** | 0 |
| | **d** | Other deductions (see instructions)   Type ▶ | | | | **13d** | 0 |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | | | | **14a** | 0 |
| | **b** | Gross farming or fishing income | | | | **14b** | 0 |
| | **c** | Gross nonfarm income | | | | **14c** | 550 |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | | | | **15a** | 0 |
| | **b** | Low-income housing credit (other) | | | | **15b** | 0 |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | | **15c** | 0 |
| | **d** | Other rental real estate credits (see instructions)   Type ▶ | | | | **15d** | 0 |
| | **e** | Other rental credits (see instructions)   Type ▶ | | | | **15e** | 0 |
| | **f** | Other credits (see instructions)   Type ▶ | | | | **15f** | 0 |
| **International Transactions** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance   .   .   .   .   .   ☐ | | | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | | | | **17a** | |
| | **b** | Adjusted gain or loss | | | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | | | **17c** | |
| | **d** | Oil, gas, and geothermal properties—gross income | | | | **17d** | |
| | **e** | Oil, gas, and geothermal properties—deductions | | | | **17e** | |
| | **f** | Other AMT items (attach statement) | | | | **17f** | 0 |
| **Other Information** | **18a** | Tax-exempt interest income | | | | **18a** | |
| | **b** | Other tax-exempt income | | | | **18b** | |
| | **c** | Nondeductible expenses | | | | **18c** | 0 |
| | **19a** | Distributions of cash and marketable securities | | | | **19a** | 0 |
| | **b** | Distributions of other property | | | | **19b** | 0 |
| | **20a** | Investment income | | | | **20a** | |
| | **b** | Investment expenses | | | | **20b** | |
| | **c** | Other items and amounts (attach statement) | | | | | |
| | **21** | Total foreign taxes paid or accrued | | | | **21** | |

Form **1065** (2021)

Form 1065 (2021)                                                                                                  Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | 0 |

| **2** | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners | | | | | | |
| **b** | Limited partners | | | | | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| **1** | Cash | | | | |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | | | | 0 |
| **3** | Inventories | | | | 0 |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities | | | | |
| **6** | Other current assets (attach statement) | | | | 0 |
| **7a** | Loans to partners (or persons related to partners) | | | | |
| **b** | Mortgage and real estate loans | | | | |
| **8** | Other investments (attach statement) | | | | 0 |
| **9a** | Buildings and other depreciable assets | | | 0 | |
| **b** | Less accumulated depreciation | | | 0 | 0 |
| **10a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | 0 |
| **11** | Land (net of any amortization) | | | | 0 |
| **12a** | Intangible assets (amortizable only) | | | 0 | |
| **b** | Less accumulated amortization | | | 0 | 0 |
| **13** | Other assets (attach statement) | | | | 0 |
| **14** | Total assets | | | | 0 |
| | **Liabilities and Capital** | | | | |
| **15** | Accounts payable | | | | |
| **16** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** | Other current liabilities (attach statement) | | | | 0 |
| **18** | All nonrecourse loans | | | | |
| **19a** | Loans from partners (or persons related to partners) | | | | |
| **b** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **20** | Other liabilities (attach statement) | | | | 0 |
| **21** | Partners' capital accounts | | | | 0 |
| **22** | Total liabilities and capital | | | 0 | 0 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books | 0 | **6** | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | **a** | Tax-exempt interest $ _____ 0 | 0 |
| **3** | Guaranteed payments (other than health insurance) | | **7** | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| **4** | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | **a** | Depreciation $ _____ | 0 |
| **a** | Depreciation $ _____ 0 | | **8** | Add lines 6 and 7 | 0 |
| **b** | Travel and entertainment $ _____ 0 | 0 | **9** | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 0 |
| **5** | Add lines 1 through 4 | 0 | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| **1** | Balance at beginning of year | | **6** | Distributions: **a** Cash | 0 |
| **2** | Capital contributed: **a** Cash | | | **b** Property | 0 |
| | **b** Property | | **7** | Other decreases (itemize): _____ | |
| **3** | Net income (loss) (see instructions) | 0 | | | 0 |
| **4** | Other increases (itemize): _____ | 0 | **8** | Add lines 6 and 7 | 0 |
| **5** | Add lines 1 through 4 | 0 | **9** | Balance at end of year. Subtract line 8 from line 5 | 0 |

Form **1065** (2021)

# APPENDIX TO PETITION
# EXHIBIT 3
# (LIST OF EQUITY SECURITY HOLDERS)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT NEVADA

In re:

NUVEDA, LLC.[1],

Debtor.

Case No. 22-_____  (___)

Chapter 11 (Subchapter V)

## LIST OF EQUITY SECURITY HOLDERS

According to the Debtor's books and records and pursuant to Rule 1007 of the Federal

Rules of Bankruptcy Procedure, the following is a list of the Debtor's equity security holders:

| Name | Address | Class of Interest | Amount of Interest |
|---|---|---|---|
| Pejman Bady | PO Box 6255, Pahrump, Nevada 89041 | Units | 65.5% |
| Pouya Mohajer | PO Box 6255, Pahrump, Nevada 89041 | Units | 33.5% |
| Joseph Kennedy | PO Box 6255, Pahrump, Nevada 89041 | Units | 1.0% |

---

[1] Debtor is a Nevada limited liability company. The last four digits of the Debtor's taxpayer identification number are 6098. The mailing address for the Debtor is PO Box 6255, Pahrump, Nevada 89041.

# APPENDIX TO PETITION
# EXHIBIT 4
# (CORPORATE OWNERSHIP STATEMENT)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-_____ (____) |
| NUVEDA, LLC.[1], | Chapter 11 (Subchapter V) |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession respectfully represents that to the best of its knowledge no corporations directly or indirectly own 10% or more of any class of its equity interest.

---

[1] Debtor is a Nevada limited liability company. The last four digits of the Debtor's taxpayer identification number are 6098. The mailing address for the Debtor is PO Box 6255, Pahrump, Nevada 89041.

# APPENDIX TO PETITION
# EXHIBIT 5
# (STATEMENT PURSUANT TO 11
# U.S.C. § 1116(1)(B))

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 22-_____ (____) |
| NUVEDA, LLC.[1], | Chapter 11 (Subchapter V) |
| Debtor. | |

**STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)**

Pursuant to 11 U.S.C. § 1116(1)(B), the above-captioned debtor and debtor in possession respectfully states that no balance sheet, statement of operations, or cash-flow statement has been filed with the petition because the debtor does not prepare such documents in the ordinary course of its business.

---

[1] Debtor is a Nevada limited liability company.  The last four digits of the Debtor's taxpayer identification number are 6098.  The mailing address for the Debtor is PO Box 6255, Pahrump, Nevada 89041.

# APPENDIX TO PETITION
# EXHIBIT 6
# (FORM 202-DEBTOR'S
# DECLARATION)

**Fill in this information to identify the case and this filing:**

Debtor Name _____ NuVeda, LLC _____

United States Bankruptcy Court for the: _____ District of Nevada
                                                              (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Corporate Ownership Statement, List of Equity Security Holders, and__
                                              __Statement Pursuant to 11 U.S.C. § 1116(1)(B)__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/11/2022__          ✗          __/s/ Pejman Bady__
            MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                           __Pejman Bady__
                                           Printed name

                                           __Manager__
                                           Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# APPENDIX TO PETITION
# EXHIBIT 7
# (FORM 204-20 LARGEST UNSECURED CREDITORS)

**Fill in this information to identify the case:**

Debtor name _____NuVeda, LLC_____

United States Bankruptcy Court for the: _____ District of __Nevada__
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jennifer Goldstein c/o DICKINSON WRIGHT PLLC ATTN: BRIAN R. IRVINE 100 West Liberty Street, Suite 940 Reno, Nevada 89501 | Brian Irvine Phone: 775-343-7507 Email: birvine@dickinsonwright.com | Litigation | | | | $2,565,276.41 *(plus post-judgment interest)* |
| 2 | Shane Terry c/o MUSHKIN & COPPEDGE ATTN: L. Joe Coppedge 6070 S. Eastern Avenue, Suite 270 Las Vegas, Nevada 89128 | L. Joe Coppedge Phone: 702-454-3333 Email: jcoppedge@mccnvlaw.com | Litigation | Unliquidated Disputed | | | *unknown* |
| 3 | Phillip Ivey c/o MUSHKIN & COPPEDGE ATTN: L. Joe Coppedge 6070 S. Eastern Avenue, Suite 270 Las Vegas, Nevada 89128 | L. Joe Coppedge Phone: 702-454-3333 Email: jcoppedge@mccnvlaw.com | Litigation | Unliquidated Disputed | | | *unknown* |
| 4 | CW Nevada, LLC c/o MUSHKIN & COPPEDGE ATTN: L. Joe Coppedge 6070 S. Eastern Avenue, Suite 270 Las Vegas, Nevada 89128 | L. Joe Coppedge Phone: 702-454-3333 Email: jcoppedge@mccnvlaw.com | Litigation | Unliquidated Disputed | | | *unknown* |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |