MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
**LAW OFFICE OF MITCHELL STIPP, P.C.**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 602-1242
Email: mstipp@stipplaw.com

*[Proposed] Co-Counsel for*
*Debtor and Debtor In Possession*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUVEDA, LLC, a Nevada limited liability company,<br>                    Debtor. | Case No. BK-22-11249-abl<br><br>Chapter 11 (Subchapter V)<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO ENFORCE AUTOMATIC STAY AND FOR SANCTIONS UNDER SECTION 105(a) OF BANKRUPTCY CODE**<br><br>Hearing Date: August 3, 2022<br>Hearing Time: 1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that on June 22, 2022, NuVeda, LLC, a Nevada limited liability company (the "Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), filed its Motion to Enforce the Automatic Stay and for Sanctions under Section 105(a) of the Bankruptcy Code (the "Motion") and the Declaration of Mitchell Stipp (the "Stipp Declaration"), proposed counsel for the Debtor, in support of the Motion.

By the Motion, Debtor has applied to the Court for entry of an order prohibiting Dotan Melech, the receiver appointed over CW Nevada, LLC, in Case No. A-17-755479-B, currently pending in Department 13 of the Eighth Judicial District Court, Clark County, State of Nevada, from seeking the production of a transcript of a purported conversation between Brian Padget and Joseph Kennedy,

1

during the time this Chapter 11 Case is pending (or until further ordered by this Court). The Debtor further requests that the Court order Mr. Melech to appear and show cause why he should not be held in contempt for violating the automatic stay.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition, objection or other responsive pleading with the Court, and serve a copy on the person making the Motion and the applicable notice parties ***no later than fourteen (14) days preceding the hearing date of the Motion***. The opposition, objection or other responsive pleading must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(d).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

*     The court may *refuse to allow you to speak* at the scheduled hearing; and
*     The court may *rule against you* without formally calling the matter at the hearing.

///

///

///

///

///

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held **telephonically** before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101, on **August 3, 2022** at the hour of **1:30 p.m**, as follows:

   Phone Conference Number: (888) 684-8852

   Access Code/Passcode:  8242009#

DATED June 22, 2022.

**LAW OFFICE OF MITCHELL STIPP, P.C.**

By:   */s/Mitchell Stipp*
   MITCHELL STIPP, ESQ.
   Nevada Bar No. 7531
   1180 N. Town Center Drive, Suite 100
   Las Vegas, Nevada 89144

*[Proposed] Co-Counsel for Debtor and Debtor in Possession*