AARON D. FORD
   Attorney General
Ashley A. Balducci (Bar No. 12687)
   Senior Deputy Attorney General
Emily N. Bordelove (Bar No. 13202)
   Senior Deputy Attorney General
Office of Attorney General
555 E., Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3240 (phone)
(702) 486-3768 (fax)
abalducci@ag.nv.gov
ebordelove@ag.nv.gov

*Attorneys for State of Nevada,*
*ex rel. Cannabis Compliance Board*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-22-11249-abl<br>Chapter 11 (Subchapter V) |
| NUVEDA, LLC, a Nevada limited<br>liability company,<br><br>                      Debtor(s). | Hearing Date: August 23, 2022<br>Hearing Time: 2:00 PM |

**DECLARATION OF EMILY N. BORDELOVE ESQ. IN SUPPORT OF STATE**

**OF NEVADA EX REL. CANNABIS COMPLIANCE BOARD LIMITED**

**JOINDER TO CREDITOR JENNIFER M. GOLDSTEIN'S MOTION TO**

**DISMISS BANKRUPTCY PETITION**

    1. I am an attorney with the Nevada Attorney General's Office that represents the Cannabis Compliance Board ("CCB").

    2. I submit this Declaration in support of the CCB's contemporaneously filed Limited Joinder to Creditor Goldstein's Motion to Dismiss Bankruptcy. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would competently testify thereto.

    3. Attached as **Exhibit A.** hereto is a true and correct copy of the Notice of Entry of Temporary Restraining Order filed on February 5, 2019,  Dkt. 21 in Case No. A-17-755479-B.

4. Attached as **Exhibit B.** hereto is a true and correct copy the Notice of Entry of Amended Injunction  filed on  April 16, 2019,  Dkt. 91 in Case No. A-17-755479-B.

5. Please note, while the pleadings in **Exhibits A & B** above list the case number as A-17-755479-**C**, the Eighth Judicial District Court records list the case number as A-17-755479-**B**. Attached as **Exhibit C**., hereto is a true and correct copy of the search results from https://www.clarkcountycourts.us/Anonymous/Search showing the case number above.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this 18th  of July, 2022.

By: _____
Emily N. Fordelove (Bar No. 13202)

# EXHIBIT "A"

# EXHIBIT "A"

Electronically Filed
2/5/2019 5:03 PM
Steven D. Grierson
CLERK OF THE COURT

1  Justin Carley, Esq.
   Nevada Bar No. 9994
2  Bradley Austin, Esq.
   Nevada Bar No. 13064
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone (702) 784-5200
5  Facsimile (702) 784-5252
   jcarley@swlaw.com
6  baustin@swlaw.com

7  *Attorneys for Defendant*
   *4Front Advisors LLC*
8

           **EIGHTH JUDICIAL DISTRICT COURT**
9              **CLARK COUNTY, NEVADA**

10 NUVEDA, LLC, a Nevada Limited Liability      CASE NO.  A-17-755479-C
   Company; and CWNEVADA LLC, a Nevada          DEPT. NO.  XXXII
11 Limited Liability Company,

12                  Plaintiffs,                       **NOTICE OF ENTRY OF**
                                                  **TEMPORARY RESTRAINING ORDER**
13 vs.

14 4FRONT ADVISORS LLC, foreign limited
   liability company, DOES I through X and
15 ROE ENTITIES, II through XX, inclusive;

16                  Defendants.

17 TO:    ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

18         PLEASE TAKE NOTICE that the attached Temporary Restraining Order was entered on

19 February 5, 2019.  *See* Exhibit 1.

20

21         Dated: February 5, 2019              SNELL & WILMER L.L.P.

22                                              */s/ Bradley Austin*
                                               _____
23                                             Justin Carley, Esq.
                                               Nevada Bar No. 9994
24                                             Bradley Austin, Esq.
                                               Nevada Bar No. 13064
25                                             3883 Howard Hughes Parkway, Suite 1100
                                               Las Vegas, NV 89169
26
                                               *Attorneys for Defendant 4Front Advisors LLC*
27

28

1

## CERTIFICATE OF SERVICE

2    I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years,

3  and I am not a party to, nor interested in, this action. On this date, I caused to be served a true

4  and correct copy of the foregoing **NOTICE OF ENTRY OF TEMPORARY RESTRAINING**

5  **ORDER** by the method indicated below:

6

7  ☐   **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

8  ☐   **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

9

10  ☐   **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

11  ☐   **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

12

13  ☐   **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

14  ☒   **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

15

16  Jason M. Wiley, Esq.                    Steven B. Cohen, Esq.
    Ryan S. Peterson, Esq.                  H. Stan Johnson, Esq.

17  **WILEY PETERSEN**                       **COHEN JOHNSON PARKER EDWARDS**
    1050 Indigo Drive, Ste. 130             375 E. Warm Springs Road, #104

18  Las Vegas, NV 89145                     Las Vegas, NV 89119

19  *Attorneys for Nuveda, LLC*             *Attorneys for CWNevada LLC*

20

21

22  DATED: February 5, 2019.

23                                          */s/ Ruby Lengsavath*
                                            An Employee of Snell & Wilmer L.L.P.

24  4851-8398-2666.1

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

# EXHIBIT 1
Temporary Restraining Order

# EXHIBIT 1
Temporary Restraining Order

Electronically Filed
2/5/2019 4:10 PM
Steven D. Grierson
CLERK OF THE COURT

1    Justin Carley, Esq.
      Nevada Bar No. 9994
2    Bradley Austin, Esq.
      Nevada Bar No. 13064
3    SNELL & WILMER L.L.P.
      3883 Howard Hughes Parkway, Suite 1100
4    Las Vegas, NV 89169
      Telephone (702) 784-5200
5    Facsimile (702) 784-5252
      jcarley@swlaw.com
6    baustin@swlaw.com
      *Attorneys for Defendant 4Front Advisors LLC*

7

8            **EIGHTH JUDICIAL DISTRICT COURT**
                  **CLARK COUNTY, NEVADA**

9    NUVEDA, LLC, a Nevada Limited Liability    CASE NO.   A-17-755479-C
      Company; and CWNEVADA LLC, a
10   Nevada Limited Liability Company,         DEPT. NO.   XXXII

11              Plaintiffs,

12   vs.                      **TEMPORARY RESTRAINING ORDER**

13   4FRONT ADVISORS LLC, foreign limited
      liability company, DOES I through X and
14   ROE ENTITIES, II through XX, inclusive;

15             Defendants.

16

17         Having considered Defendant 4Front Advisors LLC's *Ex Parte* Application for

18   Temporary Restraining Order ("Application"); having considered the exhibits attached to the

19   Application, including the Declaration of Kris Krane, and all other papers on file; and good cause

20   having been shown:

21        **IT IS HEREBY ORDERED** that Defendant 4Front Advisors LLC's Application is

22   **GRANTED**.

23        **IT IS FURTHER ORDERED** that Plaintiffs Nuveda LLC and CWNevada LLC

24   ("Plaintiffs") are temporarily restrained from selling, transferring, or otherwise disposing of any

25   assets in their possession, custody, and/or control, including any Nevada cannabis license and

26   cash received from the lawful sale of cannabis through their Nevada retail dispensaries until the

27   hearing on the related Motion for Preliminary Injunction.

28

Nuveda, LLC v. 4Front Advisors, LLC
CASE NO.  A-17-755479-C

1    **IT IS FURTHER ORDERED** that the hearing on 4Front's Motion for Preliminary

2    Injunction shall be conducted on Febnuary 19 , 2019 at 9 : 30    (a.m.)/p.m., with

3    notice to all Plaintiffs to be provided as required by Nevada law.  Plaintiffs shall have until

4    February 14 , 2019 to file any Oppositions to the Motion.  4Front shall not file a Reply.
     5:00 pm

5    **IN SUPPORT OF THIS TEMPORARY RESTRAINING ORDER,** and pursuant to

6    NRCP 65(c), 4Front shall post a bond in the amount of $ 10,000.00.

7    **IT IS SO ORDERED.**

8    DATED: February 5 , 2019.

9    TIME: 2 : 32 P.m.

10                                                    DISTRICT COURT JUDGE

11                                                    ORE
     4840-7712-7814                                   DISTRICT COURT, DEPARTMENT 32

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

# EXHIBIT "B"

# EXHIBIT "B"

Electronically Filed
4/16/2019 2:33 PM
Steven D. Grierson
CLERK OF THE COURT

1    Justin Carley, Esq.
     Nevada Bar No. 9994
2    Bradley Austin, Esq.
     Nevada Bar No. 13064
3    SNELL & WILMER L.L.P.
     3883 Howard Hughes Parkway, Suite 1100
4    Las Vegas, NV 89169
     Telephone (702) 784-5200
5    Facsimile (702) 784-5252
     jcarley@swlaw.com
6    baustin@swlaw.com

7    Cory Braddock, Esq.
     Arizona Bar No. 024668 (Admitted *Pro Hac Vice*)
8    SNELL & WILMER L.L.P.
     400 E. Van Buren, Suite 400
9    Phoenix, Arizona 85004
     Telephone (602) 382-6336
10   Facsimile (602) 382-6070
     cbraddock@swlaw.com

11
     *Attorneys for 4Front Advisors LLC*
12

13                    **EIGHTH JUDICIAL DISTRICT COURT**

14                         **CLARK COUNTY, NEVADA**

15   NUVEDA, LLC, a Nevada Limited Liability      CASE NO.    A-17-755479-C
     Company; and CWNEVADA LLC, a
16   Nevada Limited Liability Company,            DEPT. NO.   XXXII

17                              Plaintiffs,
                                                      **NOTICE OF ENTRY OF AMENDED**
18   vs.                                                       **INJUNCTION**

19   4FRONT ADVISORS LLC, foreign limited
     liability company, DOES I through X and
20   ROE ENTITIES, II through XX, inclusive;

21                              Defendants.

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL:

2        PLEASE TAKE NOTICE that the attached AMENDED INJUNCTION was entered in the

3    above-entitled matter on April 16, 2019.

4    Dated: April 16, 2019          SNELL & WILMER L.L.P.

5

6

7    Justin Carley, Esq.
     Nevada Bar No. 9994
8    Bradley Austin, Esq.
     Nevada Bar No. 13064
9    3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV 89169
10
     Cory Braddock, Esq.
11   Arizona Bar No. 024668
     (*Admitted Pro Hac Vice*)
12   SNELL & WILMER L.L.P.
     400 E. Van Buren, Suite 400
13   Phoenix, Arizona 85004

14   *Attorneys for 4Front Advisors LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF AMENDED INJUNCTION** by the method indicated below:

☐ **BY HAND:**  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY E-MAIL:**  by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Jason M. Wiley, Esq.
Ryan S. Peterson, Esq.
**WILEY PETERSEN**
1050 Indigo Drive, Ste. 130
Las Vegas, NV 89145

*Attorneys for NuVeda, LLC*

L. Edward Humphrey, Esq.
**HUMPHREY LAW PLLC**
140 Washington Street, Suite 210
Reno, Nevada 89503

*Attorney for The CIMA Group LLC*

David S. Lee, Esq.
Charlene N. Renwick, Esq.
**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

*Attorneys for Interested Party Timothy Smits Von Oyen*

Steven B. Cohen, Esq.
H. Stan Johnson, Esq.
**COHEN JOHNSON PARKER EDWARDS**
375 E. Warm Springs Road, #104
Las Vegas, NV 89119

*Attorneys for CWNevada LLC*

Ryan J. Works, Esq.
Rory T. Kay, Esq.
**McDONALD CARANO LLP**
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Non-Party MC Brands, LLC*

William R. Urga, Esq.
David J. Malley, Esq.
Kyle M. Wyant, Esq.
**JOLLEY URGA WOODBURY HOLTHUS & ROSE**
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Proposed Intervenors Highland Partners NV LLC, MI-CW Holdings Fund 2 LLC, and MI-CW Holdings LLC*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1     Mark E. Ferrario, Esq.
      Christopher R. Miltenberger, Esq.
2     **GREENBERG TRAURIG, LLP**
      10845 Griffith Peak Dr., #600
3     Las Vegas, NV 89135

4     *Attorneys for Proposed Intervenors Green*
      *Pastures Fund, LLC Series 1 (CWNevada,*
5     *LLC), Jakal Investments, LLC, Green*
      *Pastures Group, LLC, Jonathan S. Fenn*
6     *Revocable Trust, and Growth Opportunities,*
      *LLC*

7

8     DATED:  April 16, 2019

9

10                    An Employee of Snell & Wilmer L.L.P.

11

12

13

14    4822-1195-9188

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

Electronically Filed
4/16/2019 2:10 PM
Steven D. Grierson
CLERK OF THE COURT

1 | Justin Carley, Esq.
Nevada Bar No. 9994
2 | Bradley Austin, Esq.
Nevada Bar No. 13064
3 | SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 | Las Vegas, NV 89169
Telephone (702) 784-5200
5 | Facsimile (702) 784-5252
jcarley@swlaw.com
6 | baustin@swlaw.com

7 | Cory Braddock, Esq.
Arizona Bar No. 024668 (Admitted *Pro Hac Vice*)
8 | SNELL & WILMER L.L.P.
400 E. Van Buren, Suite 400
9 | Phoenix, Arizona 85004
Telephone (602) 382-6336
10 | Facsimile (602) 382-6070
cbraddock@swlaw.com

11

12 | *Attorneys for 4Front Advisors LLC*

**EIGHTH JUDICIAL DISTRICT COURT**
13 | **CLARK COUNTY, NEVADA**

14 | NUVEDA, LLC, a Nevada Limited Liability    | CASE NO.   A-17-755479-C
Company; and CWNEVADA LLC, a
15 | Nevada Limited Liability Company,          | DEPT. NO.   XXXII

16 |                     Plaintiffs,

17 | vs.                                        | **AMENDED
INJUNCTION**
18 | 4FRONT ADVISORS LLC, foreign limited
liability company, DOES I through X and
19 | ROE ENTITIES, II through XX, inclusive;

20 |                     Defendants.

21

22 |          Having previously granted Defendant 4Front Advisors LLC ("4Front")'s *Ex Parte*

23 | Application for Temporary Restraining Order, and once extended it; having granted the related

24 | Motion for Preliminary Injunction; having granted the related Motion to Confirm Arbitration

25 | Award and Request to Enter Judgment; having continued the hearing on the Application to Appoint

26 | Receiver until May 6, 2019; and with good cause having been shown after hearings on the issues

27 | in all pending briefing, **IT IS HEREBY ORDERED** that the   March 14, 2019 Injunction is

28 | amended as follows.

APR 1  2019

1    **IT IS ORDERED** that the injunction remain in place to preserve the status quo, effective

2    until this Court orders otherwise.

3    **IT IS FURTHER ORDERED** that CWNevada LLC ("CWNevada") is enjoined from

4    selling, transferring, or otherwise disposing of any assets in its possession, custody, and/or

5    control, including any Nevada cannabis license and cash received (except as needed for normal

6    business operations) from the lawful sale of cannabis through its Nevada retail dispensaries until

7    this Court orders otherwise.

8    **IT IS FURTHER ORDERED** that CWNevada is prohibited from engaging in any

9    conduct that might diminish the value of any of its businesses, assets or intangibles, or otherwise

10   amount to legal waste of its businesses, assets or intangibles, which includes an affirmative

11   obligation for CWNevada to pay all insurance premiums as they become due.

12   **IT IS FURTHER ORDERED** that CWNevada is prohibited from shutting down any of

13   the businesses, which includes an affirmative obligation for CWNevada to pay all rent as it

14   becomes due.

15   **IT IS FURTHER ORDERED** that CWNevada is required to get current on all tax

16   obligations and provide verification to 4Front and all intervening parties no later than 5:00 p.m.

17   on April 9, 2019, and then remain current up to and including the May 6, 2019 hearing on the

18   Application to Appoint Receiver.

19   **IT IS FURTHER ORDERED** that CWNevada is required to pay all employees unless

20   there is a legal basis to withhold such compensation and provide verification to 4Front and all

21   intervening parties no later than 5:00 p.m. each Monday regarding the prior week's activity.

22   **IT IS FURTHER ORDERED** that CWNevada is required to provide 4Front and all

23   intervening parties with weekly sales reports no later than 5:00 p.m. each Monday regarding the

24   prior week's activity.

25   **IT IS FURTHER ORDERED** that CWNevada is required to provide 4Front and all

26   intervening parties with immediate access to those programs, systems and/or accounts used,

27   owned, held or established in the name of CWNevada, which are used for the purpose of tracking

28   and reporting all company inventory and sales, and compliance reporting, including, but not

Snell & Wilmer

L.L.P.

LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 2 -

limited to, Metrc (Marijuana Enforcement Tracking Reporting & Compliance) and MJ Freeway (collectively referred to as "Programs").

Such access to the Programs shall include CWNevada providing any URLs, usernames, passwords or other information needed to access the Programs to Timothy Smits Van Oyen, as the designated representative for 4Front and all intervening parties, who shall disseminate and circulate all information obtained from the Programs to the 4Front and all intervening parties within twenty-four (24) hours of obtaining the same.

**IT IS FURTHER ORDERED** that CWNevada is required to preserve all relevant evidence.

**IT IS FURTHER ORDERED** that CWNevada is required to identify all witnesses it intends to call and produce all evidence it intends to rely on at the May 6, 2019 hearing no later than 5:00 p.m. on April 22, 2019.

**IT IS FURTHER ORDERED** that all interested parties identify all witnesses they intend to call and produce all evidence they intend to rely on at the May 6, 2019 hearing no later than 5:00 p.m. on April 29, 2019.

**IT IS FURTHER ORDERED** that the $10,000.00 bond remain in place.

**IT IS SO ORDERED.**

DATED: April 16, 2019.
TIME: 11 :40 a.m.

_____
DISTRICT COURT JUDGE
RCB BARE
JUDGE, DISTRICT COURT, DEPARTMENT 32

Respectfully submitted:

SNELL & WILMER L.L.P.

_____
Justin Carley, Esq.
Nevada Bar No. 9994
Cory Braddock, Esq.
Arizona Bar No. 024668 (Admitted *Pro Hac Vice*)

*Attorneys for 4Front Advisors LLC*

Approved as to form and content:

Dated: April _____, 2019

**COHEN JOHNSON PARKER EDWARDS**

_____
Steven B. Cohen, Esq.
H. Stan Johnson, Esq.
375 E. Warm Springs Road, #104
Las Vegas, NV 89119

*Attorneys for CWNevada LLC*

Dated: April _____, 2019

**HUMPHREY LAW PLLC**

_____
L. Edward Humphrey, Esq.
140 Washington Street, Suite 210
Reno, Nevada 89503

*Attorney for The CIMA Group LLC*

Dated: April _____, 2019

**GREENBERG TRAURIG, LLP**

_____
Mark E. Ferrario, Esq.
Christopher R. Miltenberger, Esq.
10845 Griffith Peak Dr., #600
Las Vegas, NV 89135

*Attorneys for Green Pastures Fund, LLC Series 1 (CWNevada, LLC), Jakal Investments, LLC, Green Pastures Group, LLC, Jonathan S. Fenn Revocable Trust, and Growth Opportunities, LLC*

Dated: April ⏐ ⏐ , 2019

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**

_____
David S. Lee, Esq.
Charlene N. Renwick, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

*Attorneys for Timothy Smits Van Oyen*

Dated: April _____, 2019

**McDONALD CARANO LLP**

_____
Ryan J. Works, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for MC Brands, LLC*

Dated: April _____, 2019

**JOLLEY URGA WOODBURY HOLTHUS & ROSE**

_____
William R. Urga, Esq.
David J. Malley, Esq.
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Highland Partners NV LLC, MI-CW Holdings Fund 2 LLC, and MI-CW Holdings LLC*

1    Approved as to form and content:

2

3    Dated: April ____, 2019                    Dated: April ____, 2019

     **COHEN JOHNSON PARKER**              **LEE, HERNANDEZ, LANDRUM &**
4    **EDWARDS**                            **CARLSON, APC**

5    _____           _____
     Steven B. Cohen, Esq.                 David S. Lee, Esq.
6    H. Stan Johnson, Esq.                 Charlene N. Renwick, Esq.
     375 E. Warm Springs Road, #104        7575 Vegas Drive, Suite 150
7    Las Vegas, NV 89119                   Las Vegas, Nevada 89128

8    *Attorneys for CWNevada LLC*          *Attorneys for Timothy Smits Van Oyen*

9    Dated: April 12, 2019                 Dated: April ____, 2019

10   **HUMPHREY LAW PLLC**                 **McDONALD CARANO LLP**

11   _____           _____
     L. Edward Humphrey, Esq.              Ryan J. Works, Esq.
12   140 Washington Street, Suite 210      2300 West Sahara Avenue, Suite 1200
     Reno, Nevada 89503                    Las Vegas, Nevada 89102
13

14   *Attorney for The CIMA Group LLC*     *Attorneys for MC Brands, LLC*

15   Dated: April ____, 2019               Dated: April ____, 2019

     **GREENBERG TRAURIG, LLP**            **JOLLEY URGA WOODBURY HOLTHUS**
16                                          **& ROSE**

17   _____           _____
     Mark E. Ferrario, Esq.                William R. Urga, Esq.
18   Christopher R. Miltenberger, Esq.     David J. Malley, Esq.
     10845 Griffith Peak Dr., #600         330 S. Rampart Blvd., Suite 380
19   Las Vegas, NV 89135                   Las Vegas, NV 89145

20   *Attorneys for Green Pastures Fund, LLC   Attorneys for Highland Partners NV LLC, MI-*
     *Series 1 (CWNevada, LLC), Jakal         CW Holdings Fund 2 LLC, and MI-CW*
21   *Investments, LLC, Green Pastures Group,  Holdings LLC*
     *LLC, Jonathan S. Fenn Revocable Trust, and*
22   *Growth Opportunities, LLC*

23

24

25

26

27

28

                                    - 4 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Approved as to form and content:

Dated: April _____, 2019

**COHEN JOHNSON PARKER EDWARDS**

_____
Steven B. Cohen, Esq.
H. Stan Johnson, Esq.
375 E. Warm Springs Road, #104
Las Vegas, NV 89119

*Attorneys for CWNevada LLC*

Dated: April _____, 2019

**HUMPHREY LAW PLLC**

_____
L. Edward Humphrey, Esq.
140 Washington Street, Suite 210
Reno, Nevada 89503

*Attorney for The CIMA Group LLC*

Dated: April _11_, 2019

**GREENBERG TRAURIG, LLP**

_____
Mark E. Ferrario, Esq.
Christopher R. Miltenberger, Esq.
10845 Griffith Peak Dr., #600
Las Vegas, NV 89135

*Attorneys for Green Pastures Fund, LLC Series 1 (CWNevada, LLC), Jakal Investments, LLC, Green Pastures Group, LLC, Jonathan S. Fenn Revocable Trust, and Growth Opportunities, LLC*

Dated: April _____, 2019

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**

_____
David S. Lee, Esq.
Charlene N. Renwick, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

*Attorneys for Timothy Smits Van Oyen*

Dated: April _____, 2019

**McDONALD CARANO LLP**

_____
Ryan J. Works, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for MC Brands, LLC*

Dated: April _____, 2019

**JOLLEY URGA WOODBURY HOLTHUS & ROSE**

_____
William R. Urga, Esq.
David J. Malley, Esq.
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Highland Partners NV LLC, MI-CW Holdings Fund 2 LLC, and MI-CW Holdings LLC*

Approved as to form and content:

Dated: April ____, 2019

**COHEN JOHNSON PARKER EDWARDS**

_____
Steven B. Cohen, Esq.
H. Stan Johnson, Esq.
375 E. Warm Springs Road, #104
Las Vegas, NV 89119

*Attorneys for CWNevada LLC*

Dated: April ____, 2019

**HUMPHREY LAW PLLC**

_____
L. Edward Humphrey, Esq.
140 Washington Street, Suite 210
Reno, Nevada 89503

*Attorney for The CIMA Group LLC*

Dated: April ____, 2019

**GREENBERG TRAURIG, LLP**

_____
Mark E. Ferrario, Esq.
Christopher R. Miltenberger, Esq.
10845 Griffith Peak Dr., #600
Las Vegas, NV 89135

*Attorneys for Green Pastures Fund, LLC Series 1 (CWNevada, LLC), Jakal Investments, LLC, Green Pastures Group, LLC, Jonathan S. Fenn Revocable Trust, and Growth Opportunities, LLC*

Dated: April ____, 2019

**LEE, HERNANDEZ, LANDRUM & CARLSON, APC**

_____
David S. Lee, Esq.
Charlene N. Renwick, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, Nevada 89128

*Attorneys for Timothy Smits Van Oyen*

Dated: April ____, 2019

**McDONALD CARANO LLP**

_____
Ryan J. Works, Esq.
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for MC Brands, LLC*

Dated: April 11, 2019

**JOLLEY URGA WOODBURY HOLTHUS & ROSE**

_____
William R. Urga, Esq.
David J. Malley, Esq.
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Highland Partners NV LLC, MI-CW Holdings Fund 2 LLC, and MI-CW Holdings LLC*

- 4 -

# EXHIBIT "C"

# EXHIBIT "C"

# Civil/Criminal Case Records Search Results

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search          Location : District Court Civil/Criminal    Help

**Record Count:** 1
**Search By:** Case   **Case Search Mode:** Number   **Case Number:** A-17-755479-C   **All** All   **Sort By:** Filed Date

| Case Number | Citation Number | Style/Defendant Info | Filed/Location | Type/Status | Charge(s) |
|---|---|---|---|---|---|
| A-17-755479-B | | Nuveda LLC, Plaintiff(s) vs. 4Front Advisors LLC, Defendant(s) | 05/15/2017 Department 13 | Other Business Court Matters Open | |