_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 22, 2022

DICKINSON WRIGHT PLLC
BRIAN R. IRVINE
Nevada Bar No. 7758
100 West Liberty Street
Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: birvine@dickinsonwright.com
WILLIAM L. NOVOTNY
*Admitted Pro Hac Vice*
1850 North Central Avenue
Suite 1400N
Phoenix AZ 85004
Tel: (602) 285-5000
Fax: (844) 670-6009
Email: wnovotny@dickinsonwright.com

*Attorneys for Jennifer M. Goldstein*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| In re | ) Case No. 22-11249-abl |
| NUVEDA LLC, A NEVADA LIMITED LIABILITY COMPANY | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON: (1) JENNIFER M. GOLDSTEIN'S MOTION TO DISMISS BANKRUPTCY CASE (ECF NO. 69); AND (2) THE NEVADA CANNABIS COMPLIANCE BOARD'S MOTION FOR DECLARATORY RELIEF (ECF NO. 96)**



The Court having considered the Stipulation to Continue Hearings on: (1) Jennifer M. Goldstein's Motion to Dismiss Bankruptcy Case (ECF No. 69) ("Goldstein Motion to Dismiss"); and (2) the Nevada Cannabis Compliance Board's Motion for Declaratory Relief (ECF No. 96) ("CCB Motion for Declaratory Relief"), attached hereto as Exhibit 1, and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation is APPROVED as follows:

The hearing on the Goldstein Motion to Dismiss that is currently scheduled for August 23, 2022 at 2:00 p.m. shall be vacated and continued to be heard at the same date and time as the United States Trustee's Motion to Dismiss (ECF No. 111) is set for hearing, September 7, 2022 at 1:30 p.m. Any replies in support of the Goldstein Motion to Dismiss will be filed on or before August 30, 2022.

The hearing on the CCB Motion for Declaratory Relief that is currently scheduled for August 24, 2022 at 1:30 p.m. shall be vacated and continued to be heard at the same date and time as the United States Trustee's Motion to Dismiss (ECF No. 111) is set for hearing, September 7, 2022 at 1:30 p.m. Any replies in support of the CCB Motion for Declaratory Relief will be filed on or before August 30, 2022.

IT IS SO ORDERED.

_____

Respectfully submitted:

DICKINSON WRIGHT, PLLC

*/s/ Brian R. Irvine*
BRIAN R. IRVINE
Nevada Bar No. 7758
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Email: birvine@dickinsonwright.com

*Attorneys for Jennifer Goldstein*



# EXHIBIT 1

1  DICKINSON WRIGHT PLLC
   BRIAN R. IRVINE
2  Nevada Bar No. 7758
   100 West Liberty Street
3  Suite 940
   Reno, Nevada 89501
4  Tel: (775) 343-7500
   Fax: (844) 670-6009
5  Email: birvine@dickinsonwright.com

6  WILLIAM L. NOVOTNY
   *Admitted Pro Hac Vice*
7  1850 North Central Avenue
   Suite 1400N
8  Phoenix AZ 85004
   Tel: (602) 285-5000
9  Fax: (844) 670-6009
   Email: wnovotny@dickinsonwright.com

10

11  *Attorneys for Jennifer M. Goldstein*

12                UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF NEVADA
13                       LAS VEGAS DIVISION

14

15  In re                              )   Case No. 22-11249-abl
    NUVEDA LLC, A NEVADA LIMITED       )
16  LIABILITY COMPANY                  )   Chapter 11
                                       )
17                 Debtor.             )
                                       )
18                                     )

19

20  **STIPULATION TO CONTINUE HEARINGS ON: (1) JENNIFER M. GOLDSTEIN'S
    MOTION TO DISMISS BANKRUPTCY CASE (ECF NO. 69); AND (2) THE NEVADA
21  CANNABIS COMPLIANCE BOARD'S MOTION FOR DECLARATORY RELIEF (ECF
                                   NO. 96)**
22

23       Creditors Jennifer M. Goldstein ("Goldstein"), Dotan Y. Melech ("Melech"), Shane

24  Terry ("Terry") and Phillip D. Ivey ("Ivey" and collectively with Melech and Terry the

25  "CWNevada Creditors"), Debtor NuVeda, LLC ("Debtor"), and the State of Nevada ex rel.

26  Cannabis Compliance Board ("CCB"), by and through their respective attorneys of record,

27  hereby stipulate as follows:

28



1 of 4

1. On April 11, 2022, Debtor commenced this case by filing its Subchapter V Voluntary Petition (ECF No. 1).

2. On June 29, 2022, Goldstein filed her Motion to Dismiss Bankruptcy Case (ECF No. 69) ("Goldstein Motion to Dismiss").

3. On June 30, 2022, Goldstein filed a Notice of Hearing regarding the Goldstein Motion to Dismiss (ECF No. 81), advising all parties that the Goldstein Motion to Dismiss would be heard on August 23, 2022 at 2:00 p.m. and that any opposition to the Goldstein Motion to Dismiss must be filed at least fourteen (14) days in advance of that hearing.

4. On July 11, 2022, the CWNevada Creditors filed a Joinder to the Goldstein Motion to Dismiss (ECF No. 85).

5. On July 18, 2022, the CCB filed a Limited Joinder to the Goldstein Motion to Dismiss (ECF No. 92).

6. On July 18, 2022, the CCB filed its Motion for Declaratory Relief (ECF No. 96) ("CCB Motion for Declaratory Relief").

7. On July 18, 2022, the CCB filed a Notice of Hearing regarding the CCB Motion for Declaratory Relief (ECF No. 98), advising all parties that the CCB Motion for Declaratory Relief would be heard on August 24, 2022 at 1:30 p.m. and that any opposition to the CCB Motion for Declaratory Relief must be filed at least fourteen (14) days in advance of that hearing.

8. On August 4, 2022, the United States Trustee ("Trustee") filed her Motion to Dismiss Case (ECF No. 111) (the "U.S. Trustee Motion to Dismiss").

9. On August 4, 2022, the Trustee filed a Notice of Hearing regarding the U.S. Trustee Motion to Dismiss, advising all parties that the U.S. Trustee Motion to Dismiss would be heard on September 7, 2022 at 1:30 p.m. and that any opposition to the U.S. Trustee Motion to Dismiss must be filed at least fourteen (14) days in advance of that hearing

10. On August 8, 2022, Debtor filed an Omnibus Objection to the Goldstein Motion to Dismiss and Related Joinders (ECF No. 118). No other oppositions, objections or joinders have been filed in regard to the Goldstein Motion to Dismiss.



1  11. On August 10, 2022, Debtor filed its Response to the CCB Motion for Declaratory Relief (ECF No. 119).

12. The U.S. Trustee Motion to Dismiss, the Goldstein Motion to Dismiss and the CCB Motion for Declaratory Relief raise many common issues of fact and law in support of the relief requested in those Motions. Accordingly, Goldstein, the CWNevada Creditors, the Debtor, and the CCB believe that it would be more efficient for the parties and for the Court to hold the hearing on the Goldstein Motion to Dismiss and the CCB Motion for Declaratory Relief at the same date and time that the U.S. Trustee Motion to Dismiss will be heard on September 7, 2022 at 1:30 p.m.

IT IS THEREFORE STIPULATED AND AGREED that the hearing on the Goldstein Motion to Dismiss that is currently scheduled for August 23, 2022 at 2:00 p.m. shall be vacated and continued to be heard at the same date and time as the U.S. Trustee Motion to Dismiss is set for hearing, September 7, 2022 at 1:30 p.m. Any replies in support of the Goldstein Motion to Dismiss will be filed on or before August 30, 2022.

IT IS FURTHER STIPULATED AND AGREED that the hearing on the CCB Motion for Declaratory Relief that is currently scheduled for August 24, 2022 at 1:30 p.m. shall be vacated and continued to be heard at the same date and time as the U.S. Trustee Motion to Dismiss is set for hearing, September 7, 2022 at 1:30 p.m. Any replies in support of the CCB Motion for Declaratory Relief will be filed on or before August 30, 2022.

IT IS SO STIPULATED.

Stipulated and agreed to this 15th day of August, 2022.

| DICKINSON WRIGHT, PLLC | LAW OFFICE OF MITCHELL STIPP |
|---|---|
| /s/ Brian R. Irvine | /s/Mitchell D. Stipp |
| BRIAN R. IRVINE | MITCHELL D. STIPP, ESQ. |
| Nevada Bar No. 7758 | Nevada Bar No. 7531 |
| 100 West Liberty Street, Suite 940 | 1180 N. Town Center Drive, Suite 100 |
| Reno, Nevada 89501 | Las Vegas, Nevada 89144 |
| Email: birvine@dickinsonwright.com | Email: mstipp@stipplaw.com |
| Email: jbustos@dickinsonwright.com | *Attorneys for Debtor, NuVeda, LLC* |
| Email: awebster@dickinsonwright.com | |
| *Attorneys for Jennifer Goldstein* | |



| | |
|---|---|
| MUSHKIN & COPPEDGE | OFFICE OF ATTORNEY GENERAL |
| */s/Michael R. Mushkin* | */s/ Emily N. Bordelove* |
| MICHAEL R. MUSHKIN, ESQ. | AARON D. FORD, Attorney General |
| Nevada Bar No. 2421 L. | Ashley A. Balducci (NV Bar No. 12687) |
| JOE COPPEDGE, ESQ. | Senior Deputy Attorney General |
| Nevada Bar No. 4954 | Emily N. Bordelove (NV Bar No. 13202) |
| 6070 South Eastern Ave Ste. 270 | Senior Deputy Attorney |
| Las Vegas, NV 89119 | General Office of Attorney General |
| Email: michael@mccnvlaw.com | 555 E., Washington Ave., Ste. 3900 |
| Email: jcoppedge@mccnvlaw.com | Las Vegas, NV 89101 |
| | Email: abalducci@ag.nv.gov |
| *Attorneys for Dotan Y. Melech, Shane Terry and Phillip D. Ivey* | Email: ebordelove@ag.nv.gov |
| | *Attorneys for State of Nevada, ex rel. Cannabis Compliance Board* |

4891-4678-5582 v1 [88728-1]

