MITCHELL STIPP, ESQ.
Nevada Bar No. 7531
**LAW OFFICE OF MITCHELL STIPP, P.C.**
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 602-1242
Email: mstipp@stipplaw.com

NATHAN A. SCHULTZ, ESQ.
CA Bar No. 223539 (Admitted *Pro Hac Vice*)
**LAW OFFICE OF NATHAN A. SCHULTZ, P.C.**
10621 Craig Road
Traverse City, MI 49686
Telephone: (310) 429-7128

*Co-Counsel for*
*Debtor and Debtor In Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-22-11249-abl |
|---|---|
| NUVEDA, LLC, a Nevada limited liability company,<br>　　　　　　Debtor. | Chapter 11 (Subchapter V)<br><br>**THIRD STATUS REPORT OF SUBCHAPTER V DEBTOR PURSUANT TO 11 U.S.C. § 1188(c)**<br><br>Status Conference<br>Date:　　August 23, 2022<br>Time:　　2:00 p.m. |

NuVeda, LLC (the "Debtor"), debtor and debtor in possession in the above-referenced chapter 11 bankruptcy case (the "Chapter 11 Case"), respectfully submits this status report pursuant to 11 U.S.C. § 1188(c):

**STATUS REPORT**

1.　The Debtor continues to make progress with its reorganization plan since the last status conference on July 27, 2022.

2.　On August 4, 2022, a hearing was held on the Debtor's motion seeking sanctions for violation of the automatic stay based upon actions taken by Dotan Melech, as Receiver for CW

1

|   |   |
|---|---|
| 1 | Nevada, LLC, in pending state court litigation [Docket No. 63].  The Court took the matter under |
| 2 | submission and set September 20, 2002 at 3:00 p.m. for an oral ruling. |
| 3 | 3. On August 8, 2022, the Debtor filed its Objection [Docket No. 118] to the motion |
| 4 | [Docket No. 69] (the "<u>Creditor Dismissal Motion</u>") filed by Jennifer Goldstein to dismiss Debtor's |
| 5 | bankruptcy case.  The Creditor Dismissal Motion was joined by Dotan Melech, as Receiver for CW |
| 6 | Nevada, LLC, Shane Terry and Philip Ivey [Docket No. 85] and *in part* by the Cannabis Compliance |
| 7 | Board [Docket No. 92]. |
| 8 | 4. After filing its limited joinder, the Cannabis Compliance Board subsequently filed a |
| 9 | motion for declaratory relief ("<u>Declaratory Relief Motion</u>") concerning the applicability of the |
| 10 | automatic stay to Clark NMSD, LLC ("Clark NMSD") and Nye Natural Medicinal Solutions, LLC |
| 11 | ("Nye Natural") [Docket No. 96].  Debtor responded to the Declaratory Relief Motion and confirmed |
| 12 | the automatic stay does not apply to Clark NMSD and Nye Natural [Docket No. 119]. |
| 13 | 5. The Creditor Dismissal Motion originally was set for hearing on August 23, 2022 at |
| 14 | 2:00 p.m. (concurrently with the scheduled Status Conference).  However, on August 4, 2022, the |
| 15 | Office of the United States Trustee filed its own motion [Docket No. 111] (the "<u>UST Dismissal</u> |
| 16 | <u>Motion</u>") to dismiss Debtor's bankruptcy case. |
| 17 | 6. The UST Dismissal Motion is set for hearing on September 7, 2022 at 1:30 p.m. |
| 18 | Debtor intends to file its objection to the UST Dismissal Motion on or before August 24, 2022. |
| 19 | 7. The parties filed a stipulation [Docket No. 121] seeking to have the Creditor Dismissal |
| 20 | Motion and Declaratory Relief Motion [Docket No. 96] heard concurrently with the UST Dismissal |
| 21 | Motion on September 7, 2022. |
| 22 | 8. The Debtor does not oppose having the Status Conference continued and heard on |
| 23 | September 7, 2022 with the Creditor Dismissal Motion, Declaratory Relief Motion, and the UST |
| 24 | Dismissal Motion. |
| 25 | 9. On July 11, 2022, the Debtor filed its initial Plan of Reorganization [Docket No. 89]. |
| 26 | The Debtor continues to discuss the Plan of Reorganization with its creditors and the Subchapter V |
| 27 | Trustee to determine the extent of modifications to be made prior to moving forward with the |
| 28 | solicitation and confirmation process.  The Debtor intends to file an amended Plan of Reorganization |

prior to the hearing on September 7, 2022.

  10. On August 8, 2022, Joseph Kennedy, a managing member of the Debtor, participated in a mediation, with Ms. Goldstein. While good faith efforts were made to resolve Mr. Goldstein's judgment against the Debtor, the mediation failed to produce any meaningful resolution.

  11. The Debtor has previously filed its Monthly Operating Reports on time. The Monthly Report for July 2022 will be filed on August 23, 2022 by 5:00 p.m.

DATED this 23rd day of August, 2022.

**LAW OFFICE OF MITCHELL STIPP, P.C.**

By: */s/Mitchell Stipp*
  MITCHELL STIPP, ESQ.
  Nevada Bar No. 7531
  1180 N. Town Center Drive, Suite 100
  Las Vegas, Nevada 89144

*Co-Counsel for Debtor and*
*Debtor in Possession*

3