_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 22, 2022

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 22-11249-abl |
| NUVEDA, LLC, A NEVADA LIMITED LIABILITY COMPANY, | Chapter 11 |
| Debtor. | Hearing Date: September 20, 2022<br>Hearing Time: 3:00 p.m. |

**ORDER DENYING MOTION FOR SANCTIONS**

On September 20, 2022, the Court issued its oral ruling on a Motion to Enforce Automatic Stay and for Sanctions Under Section 105(a) of Bankruptcy Code ("Stay Violation Motion") (ECF No. 63).[1] The Stay Violation Motion was filed on behalf of NuVeda, LLC, a Nevada Limited Liability Company ("Debtor").

At the September 20, 2022 oral ruling, attorneys Mitchell D. Stipp and Nathan Schultz appeared telephonically on behalf of the Debtor. Attorney Stacy Rubin appeared telephonically on behalf of State Court Appointed Receiver, Dotan Y. Melech. Other telephonic appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

its oral ruling on September 20, 2022, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Stay Violation Motion is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #