EDWARD M. BURR
**MAC RESTRUCTURING ADVISORS, LLC**
10191 E. Shangri La Road
Scottsdale, AZ 85260
Ph: (602) 418-2906
Email: Ted@MacRestructuring.com

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE No. 22-11249-ABL |
| **NUVEDA LLC, A NEVADA LIMITED LIABILITY COMPANY,** | *Chapter 11* |
| Debtor. | |

### SUBCHAPTER V TRUSTEE'S FIRST AND FINAL FEE APPLICATION

Pursuant to 11 U.S.C. § 330 and § 331 and Fed. R. Bank. Pro. 2016, chapter 11 Subchapter V trustee Edward M. Burr ("Trustee"), hereby applies to the Court for an order authorizing payment of first and final compensation of Subchapter V trustee fees. In support of this Application, the Trustee respectfully represents as follows:

I.  **INTRODUCTION**

1. On April 11, 2022, NuVeda LLC. (the "Debtor") filed its voluntary petition for reorganization under Chapter 11, Subchapter V of the Bankruptcy Code under this present case as Docket #1.

2. On April 14, 2022, the Trustee submitted his Verified Statement of Subchapter V Trustee pursuant to FRBP 2008. Also, on April 14, 2022, Tracy Hope Davis, the United

States Trustee, filed a Notice of Appointment of Subchapter V Trustee with the Court under this present case as Docket #10 along with the Verified Statement of Subchapter V Trustee.

3. As disclosed in the Verified Statement, Trustee anticipated receiving compensation under 11 U.S.C. §330 for services at an hourly rate of $395 per hour. Debtor and creditors were informed of this and received notice of the hourly rate being charged. In addition, the Debtor was informed of the Trustee's hourly billing rate during the Initial Debtor Interview. No retainers were paid in this case.

4. On June 29, 2022, creditor Jennifer Goldstein filed a Motion to Dismiss Bankruptcy Case (Docket #69).

5. On August 4, 2022, the Office of the United States Trustee filed the United States Trustee Motion to Dismiss Case (Docket #111).

6. On September 7, 2022, this Court held a hearing on the motions to dismiss.

7. ON October 14, 2022, the Court issued its oral rulings on the motions to dismiss, and the motions to dismiss were granted and this case was dismissed.

8. During the course of the Debtor's Chapter 11 case, the Trustee performed the services described in this Application and as more particularly described in the statements attached hereto as Exhibit A.

9. The time period covered in this Application is April 18, 2022, through October 18, 20222. During this 6-month time period, 25.0 hours were expended by the Trustee at the previously disclosed hourly rate of $395.00. The total amount of professional fees sought is $9,875.00. The Trustee is not seeking reimbursement for any expenses with this Application.

10. The Trustee has made no agreement to share any compensation awarded within with any other person. The source of payment of any award will be from the assets of the Debtor.

## II    DESCRIPTION OF SERVICES

11.    Applicant was engaged to act as the Subchapter V Trustee. Trustee analyzed the Debtor's statement and schedules as well as the Plan of Reorganization that was filed. Trustee was in regular communication with Debtor's counsel regarding the Plan as well as other documents and motions that were filed in this case including the various motions to dismiss. The Trustee assisted Debtor's counsel in reviewing the Plan and liquidation analysis that were incorporated into the Debtor's Plan. Trustee also reviewed and analyzed the Debtor's monthly operating reports. Trustee attended and contributed to the Initial Debtor Interview, 341 hearing and other significant hearing in this matter. The Trustee engaged in meaningful communication with counsel with one of the largest creditors on multiple occasions and presented the issues raised by the creditor with the Debtor's counsel. Trustee also reviewed the proofs of claims filed and created a summary of claims. Throughout the application period, the Trustee also communicated regularly with the Office of the U.S. Trustee, keeping them involved of the status of the case.

12.    Trustee performed services for which Trustee believes that $9,875.00 would represent reasonable compensation in connection with its performance of the services provided and at the hourly rare disclosed in the Verified Statement.

**CONCLUSION**

13.    In the course of its Subchapter V Trustee appointment, the Trustee provided services for which it believes that the sum of $9,875.00 would represent reasonable compensation, as reflected in the time log detail submitted as Exhibit A.

**WHEREFORE**, the Trustee prays that the Court make and enter its Order:

1. Determining that, under the circumstances, parties in interest have received adequate notice and an opportunity to be heard.

2. Approving and allowing as first and final fee compensation, on a final basis, the amounts requested in the foregoing Application in the aggregate amount of $9,875.00.

3. Allowing and authorizing for immediate payment of $9.875.00 representing compensation for the approved post-petition services and as allowed for by the Debtor, or such other amount as deemed reasonable by the Court; and

4. Granting such other and further relief as may be just and proper,

DATED: November 1, 2022

        Respectfully submitted,

        By: /s/ Edward M. Burr
            Edward M. Burr
            Subchapter V Trustee

**Mac Restructuring Advisors, LLC**
*Time Detail for Subchapter V Trustee*
*First and Final Fee Application*
NuVeda, LLC:  bk Case # 22-11249-ABL

| Date | Time | Description |
|---|---|---|
| 04/18/22 | 0.10 | Sent e mail to Debtor's counsel to set up initial phone call to go over case issues |
| 04/20/22 | 0.30 | Review Petition and other filings in preparation for call with Debtor's counsel |
| 04/26/22 | 0.30 | Download and review schedules, noted litigation issues |
| 04/26/22 | 0.30 | Download and review statement of financial affairs as well as other recent filings |
| 04/28/22 | 0.30 | Download and review documents produced for Initial Debtor Interview including judgements and complaint |
| 05/03/22 | 0.20 | Various e mails with Debtor's counsel and the UST's office regarding postponing IDI and 341. |
| 05/10/22 | 1.40 | Review Statements and Schedules as well as other documents. Participated in NuVeda Initial Debtor Interview |
| 05/11/22 | 0.20 | Download and review status report |
| 05/12/22 | 0.20 | Various e mails from Ed McDonald of the UST office and debtor's counsel regarding today's 341 meeting of creditors |
| 05/12/22 | 0.50 | Prepare for and dialed into Debtor's 341 meeting of creditors.  Debtor's representative did not appear.  Rescheduled. |
| 05/20/22 | 0.10 | Download and review April monthly operating report |
| 05/25/22 | 0.20 | Download and review application to employ counsel, as well as related filings |
| 05/25/22 | 0.60 | Participate in status hearing (total 1.7 hours) |
| 05/26/22 | 0.30 | Download and review Still PC employment application as well as related documents |
| 05/26/22 | 2.10 | Attend 341 meeting of creditors |
| 06/15/22 | 0.20 | Download and review UST's objection to application to employ counsel as well as objection to co-counsel |
| 06/15/22 | 0.10 | Download and review Jennifer Goldstein's proof of claim |
| 06/16/22 | 0.20 | Download and review Joinder to Objection  Of The U.S. Trustee To The Application For  Employment Of Law Office Of Nathan A. Schultz As The Debtors Co Counsel, as well as Joinder to Objection for co-counsel |
| 06/21/22 | 0.10 | Download and review May Monthly Operating Report |
| 06/21/22 | 0.10 | Download and review proof of claim as field by Melech |
| 06/22/22 | 0.30 | Download and review motion to enforce automatic stay and seeking sanctions as well as supporting declaration |
| 06/22/22 | 0.10 | Download and review proof of claim as filed by TRNVP098, LLC |
| 06/22/22 | 0.20 | Download and review Debtor reply to employment applications as well as supporting declaration |
| 06/29/22 | 0.20 | Download and review Motion to Dismiss case as filed by Goldstein |
| 06/29/22 | 0.50 | Attended hearing on retention of counsel |
| 06/30/22 | 0.30 | Review additional filings of exhibits for motion to dismiss as filed by Goldstein |
| 06/30/22 | 0.10 | Download and review Notice of Hearing on Motion to Dismiss Bankruptcy Case Hearing Date |
| 07/11/22 | 0.20 | Download and review Joinder to Motion to Dismiss Bankruptcy Case Filed by receiver |
| 07/11/22 | 0.20 | Download and review Declaration of Shane Terry in Support of Joinder to Motion to Dismiss Bankruptcy |
| 07/11/22 | 0.30 | Download and review Declaration of Dotan Melech, as Receiver for CWNevada, LLC in Support of Joinder to Motion to Dismiss Bankruptcy Case |
| 07/11/22 | 0.40 | Download and review Declaration of Joe Coppedge in Support of Joinder to Motion to Dismiss along with all exhibits |
| 07/11/22 | 0.60 | Download and review Debtor's Plan of Reorganization, noted plan payments to classes, exit financing, projections, etc.  Made notes for follow up with counsel |
| 07/12/22 | 0.20 | Drafted e mail to debtor's counsel regarding questions on Plan |

**Mac Restructuring Advisors, LLC**
*Time Detail for Subchapter V Trustee*
*First and Final Fee Application*
NuVeda, LLC:  bk Case # 22-11249-ABL

| Date | Time | Description |
|---|---|---|
| 07/12/22 | 0.20 | Download and review status report as filed by counsel |
| 07/14/22 | 0.20 | Drafted e mail to Receiver's counsel as well as Jennifer Goldstein's counsel to set up calls to discuss case |
| 07/15/22 | 0.70 | Review various documents that were filed by counsel to receiver in preparation for call with counsel |
| 07/15/22 | 1.00 | Call with receiver's counsel to discuss case issues |
| 07/15/22 | 0.30 | Review certain filings by Jennifer Goldstein prior to call with her counsel |
| 07/15/22 | 0.50 | Call with Jennifer Goldstein's counsel to discuss case issues |
| 07/16/22 | 0.10 | Download and review declaration of Stipp regarding huis engagement letter |
| 07/18/22 | 0.20 | Download and review State of NV Attorney Generals Joinder to have the case dismissed as well as declaration ISO |
| 07/19/22 | 0.20 | Download and review CCB's motion for relief from stay |
| 07/21/22 | 0.30 | Download and review Receiver's Opposition to Motion to Enforce Automatic Stay and for Sanctions as well as receiver's declaration in support of |
| 07/22/22 | 0.10 | Download and review June Monthly Operating Report |
| 07/26/22 | 0.20 | Download and review Reply as supporting documents as field by Debtor |
| 07/27/22 | 1.00 | Attend status hearing (2.0 total) |
| 07/27/22 | 0.10 | Call with UST on NuVeda issues |
| 08/03/22 | 0.20 | Attend hearing on sanctions |
| 08/04/22 | 0.20 | Read and review UST Motion to dismiss along with other filings |
| 08/09/22 | 0.30 | Read and review Debtor's Objection to Jennifer Goldstein's Motion to Dismiss |
| 08/11/22 | 0.10 | Read and review debtor's objection CCB's motion to dismiss |
| 08/23/22 | 0.10 | Read and review status report that was filed today |
| 08/23/22 | 0.20 | Read and review Stipulation between debtor, CCB and DOT as recently filed |
| 08/23/22 | 0.20 | participated on status hearing |
| 08/25/22 | 0.20 | Review Objection to U.S. Trustee's Motion to Dismiss as recently filed by debtor's counsel |
| 08/31/22 | 0.20 | Review Jennifer Goldstein's reply to Debtor objection to motion to dismiss |
| 09/01/22 | 0.10 | Review UST Reply brief on motion to dismiss |
| 09/06/22 | 0.10 | Review July Monthly Operating Report |
| 09/06/22 | 0.10 | Review August Monthly Operating Report with bank statement |
| 09/06/22 | 0.40 | Review and analysis of Debtor's Amended Plan of Reorganization |
| 09/06/22 | 0.10 | Read and review Debtor's status report for hearing tomorrow |
| 09/07/22 | 1.10 | Attended hearing on Motions to Dismiss |
| 09/20/22 | 0.80 | Participated on Order Ruling Hearing |
| 10/14/22 | 3.00 | Attended oral ruling on motions to dismiss or convert |
| 10/18/22 | 1.10 | Work on preparing first and final fee application |

| | | |
|---|---|---|
| **Total Hours** | | 25.00 |
| **Rate** | $ | 395.00 |
| **Fees** | $ | 9,875.00 |