EDWARD M. BURR
**MAC RESTRUCTURING ADVISORS, LLC**
10191 E. Shangri La Road
Scottsdale, AZ 85260
Telephone: (602) 418-2906
Email: Ted@MacRestructuring.com
*Subchapter V Trustee*

Electronically Filed November 1, 2022

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>**NUVEDA LLC, A NEVADA LIMITED LIABILITY COMPANY**<br><br>Debtor and Debtor-in-Possession. | Case No. 22-11249-ABL<br><br>Chapter 11 (Subchapter V)<br><br>**NOTICE OF HEARING ON: SUBCHAPTER V TRUSTEE'S FIRST AND FINAL FEE APPLICATION**<br><br>Hearing Date: December 7, 2022<br>Hearing Time: 1:30 p.m. |

**PLEASE TAKE NOTICE** that on the 2nd day of November 2022, the Subchapter V Trustee filed the *Subchapter V Trustee's First and Final Fee Application* (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that the Motion is available electronically through the Court's CM/ECF system at http://ecf.nvb.uscourts.gov (PACER account required). Copies of the Motion may also be obtained by contacting Mac Restructuring Advisors, LLC, Telephone: (602) 418-2906.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

---

[1] Capitalized terms used, but not defined, herein shall have the meaning ascribed to such terms in the Motion.

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> <u>If you do not file a written response</u> with the court, or <u>if you do not serve your written response</u> on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom No. 3, Las Vegas, Nevada on **December 7, 2022,** at the hour of **1:30 p.m. prevailing Pacific time**.

Dated this 1st day of November 2022.

**MAC RESTRUCTURING ADVISORS, LLC**

By:  */s/Edward M. Burr*
EDWARD M. BURR
10191 E. Shangri La Road
Scottsdale, AZ  85260
*Subchapter V Trustee*